IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE L. HARPER<br>122 Orchard Avenue<br>Ellwood City, PA  16117<br>                              Plaintiff<br>          vs.<br><br>GC SERVICES LIMITED PARTNERSHP<br>Attn:  William A. Inglehart, President of GC<br>Services Corp., General Partner<br>6330 Gulfton<br>Houston, TX  77081<br>                              Defendant | CIVIL ACTION<br><br><br><br>NO. 10-CV-01304-DWA |

## STIPULATION FOR DISMISSAL

AND NOW, come the Plaintiff, Catherine L. Harper, by and through her undersigned

counsel and Defendant, GC Services Limited Partnership, by and through their undersigned

counsel, and herein stipulate and agree that the above-referenced matter has been settled and that

the above-referenced lawsuit shall be dismissed, with prejudice.

LAW OFFICE OF STEPHEN M. OTTO LLC            SURDYK, DOWD & TURNER CO., LPA


By:    */s/Amy B. Good-Ashman*                        By:    */s/Boyd W. Gentry_____*
          Amy B. Good-Ashman, Esq.                              Boyd W. Gentry, Esq.
          2 Woodland Road, Ste. 201A                            One Prestige Place, Suite 700
          Wyomissing, PA  19610                                  Miamisburg, OH  45342
          (v) 484-220-0481 (f) 610-743-8581                  (v) 937-222-2333 (f) 937-222-1970
          amy@sottolaw.com                                        Attorney for Defendant
          Attorney for Plaintiff